**Joseph N. CALLAWAY, Trustee, Plaintiff—Appellee,**

v.

**KIDDCO, INCORPORATED, Defendant—Appellant.**

**No. 10–1434.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2011.

Decided: Feb. 1, 2011.

Nelson G. Harris, Harris & Hilton, P.A., Raleigh, North Carolina, for Appellant. A. Scott McKellar, Battle, Winslow, Scott & Wiley, P.A., Rocky Mount, North Carolina, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kiddco, Inc., appeals from the district court's order upholding the bankruptcy court's determination that the payment of $55,625.27 from the debtor in bankruptcy to Kiddco amounted to an avoidable preference under 11 U.S.C.A. § 547 (West 2004 & Supp.2010). Our review of the record and the briefs filed by the parties discloses no reversible error. Accordingly, we affirm for the reasons stated by the lower courts. *Callaway v. Kiddco, Inc.,* Nos. 5:07–cv–00262–F; 04–03490–5–JRL; 06–00028–5–AP (E.D.N.C. Mar. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*